Andrew N. Kohn, Esq., SBN 166385
**PETTIT KOHN INGRASSIA & LUTZ PC**
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071
(858) 755-8500/ FAX (858) 755-8504
akohn@pettitkohn.com

Attorneys for Plaintiff **EMPIRE FIRE & MARINE INSURANCE COMPANY**

FILED
2008 JAN 10 PM 2:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KWK_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>   Defendants. | CASE NO. 08 CV 0056 IEG AJB<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Dept.:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed:<br>Trial Date:       Not Set |

TO THE CLERK OF THE ABOVE ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY certifies that the following listed parties are those which they are aware have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

///

///

1

| PARTY | RELATIONSHIP TO SUIT |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY | Plaintiff |
| JAMES A. NGUYEN, an individual | Defendant |
| BINH HUU NGUYEN, an individual | Defendant |
| DIANE HOA NGUYEN, an individual | Defendant |
| RYAN BALDWIN, an individual | Defendant |
| JAYCE BALDWIN, an individual | Defendant |

*Respectfully submitted,*

PETTIT KOHN INGRASSIA & LUTZ PC

Dated: January 10, 2007        By: _____
Andrew N. Kohn, Esq.
E-mail: akohn@pettitkohn.com
Attorneys for Plaintiff **EMPIRE FIRE & MARINE INSURANCE COMPANY**