Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature]

DEPUTY

EMPIRE FIRE & MARINE INSURANCE COMPANY

vs

JAMES A. NGUYEN, an individual;
BINH HUU NGUYEN, an individual;
DIANE HOA NGUYEN, an individual;
RYAN BALDWIN, an individual;
JAYCE BALDWIN, an individual; and
DOES 1 through 200, Inclusive.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 0056 IEG AJB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Andrew N. Kohn, Esq., SBN 166385
PETTIT KOHN INGRASSIA & LUTZ PC
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

J. PARIS

JAN 10 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)