1  Greg J. Ryan, State Bar No. 096071
   greg@gjryan.com
2  LAW OFFICES OF GREG J. RYAN, APLC
   1010 Second Avenue, Suite 2500
3  San Diego, CA  92101
   (619) 239-4848
4  (619) 239-8858 Fax

5  Attorney for Defendants BINH HUU NGUYEN and DIANE HOA NGUYEN

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY, | Case No.  08 CV0056 IEG (AJB) |
| Plaintiff, | ANSWER OF DEFENDANTS BINH HUU NGUYEN AND DIANE HOA NGUYEN TO COMPLAINT; REQUEST FOR JURY TRIAL |
| v. | |
| JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive, | Judge:   Hon. Irma E. Gonzalez, Presiding |
| Defendants. | |

Defendants BINH HUU NGUYEN and DIANE HOA NGUYEN hereby respond to Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY ("Empire").

## ANSWER

1. Answering paragraph 1, these Defendants admit that jurisdiction and venue are proper. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegation that the amount in controversy exceeds $75,000 and, on that basis, deny that allegation.

2. Answering paragraph 2, these Defendants admit that this Court has personal jurisdiction over them.

3. Answering paragraph 3, these Defendants admit that venue of this action is proper within this District.

4. Answering paragraph 4, these Defendants are without sufficient knowledge or information to form a belief as to the allegations contained therein and, on that basis, deny the allegations.

5. Answering paragraph 5, these Defendants, answering for themselves only, admit the allegations contained therein.

6. Answering paragraph 6, these Defendants are without sufficient knowledge or information to form a belief as to the allegations contained therein and, on that basis, deny the allegations.

7. Answering paragraph 7, these Defendants admit the allegations contained therein/

8. Answering paragraph 8, these Defendants admit that the Policy contains an exclusion for Expected or Intended Injury. But the Policy further states:

> However, this Exclusion E.1 does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property.

9. Answering paragraph 9, these Defendants deny each of the allegations contained therein.

10. Answering paragraph 10, these Defendants are without sufficient knowledge or information to form a belief as to the allegations contained therein and, on that basis, deny the allegations.

11. Answering paragraph 11, these Defendants admit the allegations contained therein.

12. Answering paragraph 12, these Defendants admit the allegations contained therein.

13. Answering paragraph 13, these Defendants admit the allegations contained therein.

### FIRST AFFIRMATIVE DEFENSE

### (Waiver)

1. As a first affirmative defense, Defendants assert that Plaintiff has waived any and all claims it has or may have had against Defendants.

///

///

## SECOND AFFIRMATIVE DEFENSE

### (Estoppel)

2. As a second affirmative defense, Defendants assert that Plaintiff is barred from making its claims against Defendants by the doctrine of estoppel.

## THIRD AFFIRMATIVE DEFENSE

### (Reservation of Rights)

3. As a third affirmative defense, Defendants assert that they may have additional, as yet unasserted, defenses to Plaintiff's complaint or any causes of action therein. These Defendants specifically reserve the right to assert additional affirmative defenses as deemed appropriate at a later time.

4. Pursuant to Federal Rules of Civil Procedure 38, these Defendants demand a trial by jury.

WHEREFORE, these Defendants respectfully pray as follows:

1. That Plaintiff take nothing by reason of its complaint and that judgment be rendered in favor of Defendants;

2. That Defendants be awarded their costs of suit and attorneys fees incurred in the defense of this action;

3. For such other relief as the Court deems proper.


Respectfully submitted,

Dated: February 6, 2008    LAW OFFICES OF GREG J. RYAN, APLC


s/Greg J. Ryan

Greg J. Ryan
Attorneys for Defendants Binh Huu Nguyen
& Diane Hoa Nguyen
E-mail: greg@gjryan.com

Answer of Defendants Binh Huu Nguyen and Diane Hoa Nguyen to Complaint; Request for Jury Trial

```
1  Greg J. Ryan, State Bar No. 096071
   greg@gjryan.com
2  LAW OFFICES OF GREG J. RYAN, APLC
   1010 Second Avenue, Suite 2500
3  San Diego, CA  92101
   (619) 239-4848
4  (619) 239-8858 Fax

5  Attorney for Defendants BINH HUU NGUYEN and DIANE HOA NGUYEN
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>　　　　　　Defendants. | Case No.  08 CV0056 IEG (AJB)<br><br>**PROOF OF SERVICE**<br><br>Judge:　　Hon. Irma E. Gonzalez, Presiding<br><br>Complaint Filed: January 10, 2008 |

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Diego, State of California. My business address is 1010 Second Avenue, Suite 2500, San Diego, California 92101.

On February 6, 2008, I served true copies of the following document(s) described as Answer of Defendants Binh Huu Nguyen and Diane Hoa Nguyen to Complaint; Request for Jury Trial on the interested parties in this action as follows:

Andrew N. Kohn, Esq. SBN 166385
PETTIT KOHN INGRASSIA & LUTZ, PC
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071

**BY MAIL:** I enclose the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Law Offices of Greg J. Ryan, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2007, at San Diego, California.

Joselia D. Flores