```
 1  Greg J. Ryan, State Bar No. 096071
    greg@gjryan.com
 2  LAW OFFICES OF GREG J. RYAN, APLC
    1010 Second Avenue, Suite 2500
 3  San Diego, CA  92101
    (619) 239-4848
 4  (619) 239-8858 Fax

 5  Attorney for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN
    and JAMES   NGUYEN
 6

 7

 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  EMPIRE FIRE & MARINE INSURANCE      )  Case No.  08 CV0056 IEG (AJB)
    COMPANY,                            )
13                                      )
                Plaintiff,              )  ANSWER OF DEFENDANT JAMES A.
14                                      )  NGUYEN TO COMPLAINT; REQUEST
    v.                                  )  FOR JURY TRIAL
15                                      )
    JAMES A. NGUYEN, an individual; BINH)
16  HUU NGUYEN, an individual; DIANE    )
    HOA NGUYEN, an individual; RYAN     )  Judge:       Hon. Irma E. Gonzalez,
17  BALDWIN, an individual; JAYCE       )              Presiding
    BALDWIN, an individual; and DOES 1  )
18  through 200, Inclusive,             )
                                        )
19              Defendants.             )
                                        )
20  _____)

21       Defendant JAMES A. NGUYEN hereby respond to Plaintiff EMPIRE FIRE & MARINE

22  INSURANCE COMPANY ("Empire").
```

### ANSWER

1. Answering paragraph 1, this Defendant admits that jurisdiction and venue are proper. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation that the amount in controversy exceeds $75,000 and, on that basis, deny that allegation.

2. Answering paragraph 2, this Defendant admits that this Court has personal jurisdiction over him.

3. Answering paragraph 3, this Defendant admits that venue of this action is proper within this District.

4. Answering paragraph 4, this Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and, on that basis, deny the allegations.

5. Answering paragraph 5, this Defendant, answering for himself only, admits the allegations contained therein.

6. Answering paragraph 6, this Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and, on that basis, deny the allegations.

7. Answering paragraph 7, this Defendant admits the allegations contained therein.

8. Answering paragraph 8, this Defendant admits that the Policy contains an exclusion for Expected or Intended Injury. But the Policy further states:

> However, this Exclusion E.1 does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property.

9. Answering paragraph 9, this Defendant denies each of the allegations contained therein.

10. Answering paragraph 10, this Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and, on that basis, deny the allegations.

11. Answering paragraph 11, this Defendant admits the allegations contained therein.

12. Answering paragraph 12, this Defendant admits the allegations contained therein.

13. Answering paragraph 13, this Defendant admits the allegations contained therein.

## FIRST AFFIRMATIVE DEFENSE

### (Waiver)

1. As a first affirmative defense, Defendant asserts that Plaintiff has waived any and all claims it has or may have had against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

## SECOND AFFIRMATIVE DEFENSE

### (Estoppel)

2. As a second affirmative defense, Defendant asserts that Plaintiff is barred from making its claims against Defendant by the doctrine of estoppel.

## THIRD AFFIRMATIVE DEFENSE

### (Reservation of Rights)

3. As a third affirmative defense, Defendant asserts that they may have additional, as yet unasserted, defenses to Plaintiff's complaint or any causes of action therein. This Defendant specifically reserve the right to assert additional affirmative defenses as deemed appropriate at a later time.

4. Pursuant to Federal Rules of Civil Procedure 38, this Defendant demands a trial by jury.

WHEREFORE, this Defendant respectfully prays as follows:

1. That Plaintiff take nothing by reason of its complaint and that judgment be rendered in favor of Defendant;

2. That Defendant be awarded his costs of suit and attorneys fees incurred in the defense of this action;

3. For such other relief as the Court deems proper.

Respectfully submitted,

Dated: February 7, 2008        LAW OFFICES OF GREG J. RYAN, APLC


s/Greg J. Ryan

Greg J. Ryan
Attorneys for Defendants Binh Huu Nguyen,
Diane Hoa Nguyen and James Nguyen
E-mail: greg@gjryan.com

3

```
 1 │ Greg J. Ryan, State Bar No. 096071
   │ greg@gjryan.com
 2 │ LAW OFFICES OF GREG J. RYAN, APLC
   │ 1010 Second Avenue, Suite 2500
 3 │ San Diego, CA  92101
   │ (619) 239-4848
 4 │ (619) 239-8858 Fax
 5 │ Attorney for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN
   │ and JAMES A. NGUYEN
 6 │
 7 │
 8 │
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>        Defendants. | Case No.  08 CV0056 IEG (AJB)<br><br>**PROOF OF SERVICE**<br><br>Judge:        Hon. Irma E. Gonzalez, Presiding<br><br>Complaint Filed: January 10, 2008 |

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Diego, State of California. My business address is 1010 Second Avenue, Suite 2500, San Diego, California 92101.

On February 7, 2008, I served true copies of the following document(s) described as Answer of Defendant James A. Nguyen to Complaint; Request for Jury Trial on the interested parties in this action as follows:

Andrew N. Kohn, Esq. SBN 166385
PETTIT KOHN INGRASSIA & LUTZ, PC
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071

**BY MAIL:** I enclose the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Law Offices of Greg J. Ryan, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 7, 2007, at San Diego, California.

Joselia D. Flores