Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

EMPIRE FIRE & MARINE
INSURANCE COMPANY,

vs

JAMES A. NGUYEN, an individual;
BINH HUU NGUYEN, an individual;
DIANE HOA NGUYEN, an individual;
RYAN BALDWIN, an individual;
JAYCE BALDWIN, an individual; and
DOES 1 through 200, Inclusive.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0056 IEG AJB

TO: (Name and Address of Defendant)

Binh Huu Nguyen, an individual

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Andrew N. Kohn, Esq., SBN 166385
PETTIT KOHN INGRASSIA & LUTZ PC
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 1 0 2008

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk                    DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE January 17, 2008 |
| NAME OF SERVER Carl Walker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 16750 Summit Vista Dr. San Diego, CA 92127

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $ 20.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: January 17, 2008

Date 01/17/08    Signature of Server    (619)685-1122

917 W. Grape St., San Diego, CA 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)