Greg J. Ryan, State Bar No. 096071
greg@gjryan.com
LAW OFFICES OF GREG J. RYAN, APLC
1010 Second Avenue, Suite 2500
San Diego, CA  92101
(619) 239-4848
(619) 239-8858 Fax

Attorney for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN and JAMES   NGUYEN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>　　　　Defendants. | Case No.  08 CV0056 IEG (AJB)<br><br>**JOINT MOTION AND ORDER EXCUSING NGUYEN DEFENDANTS FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:　　Hon. Anthony J. Battaglia, Presiding |

   Defendants JAMES A. NGUYEN, BINH HUU NGUYEN, and DIANE HOA NGUYEN hereby submit this stipulation to the Court to excuse their attendance at the Early Neutral Evaluation Conference scheduled for March 17, 2008.  JAMES A. NGUYEN is in custody.  His parents, BINH and DIANE NGUYEN, would not contribute substantially to the consideration of issues in this coverage action filed against them.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED:** | |
| 3 | Dated: March 12, 2008 | LAW OFFICES OF GREG J. RYAN, APLC |
| 5 | | s/Greg J. Ryan |
| 6 | | Greg J. Ryan |
| 7 | | Attorneys for Defendants Binh Huu Nguyen, Diane Hoa Nguyen and James Nguyen |
| | | E-mail: greg@gjryan.com |
| 9 | Dated: March 12, 2008 | PETIT KOHN INGRASSIA & LUTZ, P.C. |
| 11 | | s/Andrew N. Kohn |
| 12 | | Andrew N. Kohn |
| 13 | | Attorneys for Plaintiffs Empire Fire & Marine Insurance Company |
| | | E-mail: akohn@pettitkohn.com |
| 15 | Dated: March 12, 2008 | THE GOMEZ LAW FIRM |
| 18 | | James Iagmin |
| 19 | | Attorneys for Defendants Ryan and Jayce Baldwin |
| | | E-mail: james@the gomezfirm.com |

```
 1 │ Greg J. Ryan, State Bar No. 096071
   │ greg@gjryan.com
 2 │ LAW OFFICES OF GREG J. RYAN, APLC
   │ 1010 Second Avenue, Suite 2500
 3 │ San Diego, CA  92101
   │ (619) 239-4848
 4 │ (619) 239-8858 Fax
 5 │ Attorney for Defendants BINH HUU NGUYEN and DIANE HOA NGUYEN
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY, | Case No.  08 CV0056 IEG (AJB) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive, | Judge:   Hon. Anthony J. Battaglia, Presiding |
| | Complaint Filed: January 10, 2008 |
| Defendants. | |


## PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Diego, State of California. My business address is 1010 Second Avenue, Suite 2500, San Diego, California 92101.

On March 12, 2008, I served true copies of the following document(s) described as **Joint Stipulation and Order Excusing Nguyen Defendants from Attendance at Early Neutral Evaluation Conference** on the interested parties in this action as follows:

Andrew N. Kohn, Esq. SBN 166385
PETTIT KOHN INGRASSIA & LUTZ, PC
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071

James Iagmin, Esq. SBN 191300
THE GOMEZ LAW FIRM
625 Broadway, Suite 600
San Diego, CA 92101

**BY MAIL:** I enclose the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Law Offices of Greg J. Ryan, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2008, at San Diego, California.

Joselia D. Flores