# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>　　　　Defendants. | Case No.  08 CV0056 IEG (AJB)<br><br>**JOINT STIPULATION AND ORDER EXCUSING NGUYEN DEFENDANTS FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Judge:   Hon. Anthony J. Battaglia, Presiding |

　　　For good cause shown, Defendants JAMES A. NGUYEN, BINH HUU NGUYEN, and DIANE HOA NGUYEN attendance is excused at the Early Neutral Evaluation Conference scheduled for March 17, 2008.

　　　IT IS SO ORDERED.

DATED: March 17, 2008

　　　　　　　　　　　　　　　　　　　／s／ Battaglia
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court