cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>                    Plaintiff,<br>v.<br><br>JAMES A. NGUYEN; BINH HUU NGUYEN; DIANE HOA NGUYEN; RYAN BALDWIN; JAYCE BALDWIN and DOES 1 through 200,<br><br>                    Defendants. | Civil No.08cv0056 IEG (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On March 17, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Andrew Kohn, Esq. and Sandra Kohnenberg, client representative on behalf of plaintiff; James Iagmin, Esq., Ryan and Jayce Baldwin on behalf of defendants Baldwin and Greg Ryan, Esq. on behalf of defendants Nguyen.

This is a declaratory relief action that is related to a pending superior court civil case against Empire's insured and a pending criminal case in the San Diego Superior Court. The criminal case is now set for a hearing to see if the Court will allow James Nguyen to withdraw his former guilty plea. The outcome of that hearing will be significant in how this case may progress.

Settlement could not be achieved despite the efforts of the parties. Some better grasps of the posture of the state court matters is necessary. Based on the foregoing, the Court issued the following orders:

1. The Rule 26(f) conference shall be completed before *April 17, 2008*;
2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *May 15, 2008*;
3. The requirement to lodge a discovery plan is hereby waived; and,
4. Counsel are ordered to appear **by phone on June 6, 2008 at 9:00 a.m.** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED:  March 19, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court