John H. Gomez (171485)
James S. Iagmin (191300)
The Gomez Law Firm
625 Broadway, Suite 600
San Diego, California  92101
Telephone:  (619) 237-3490/Fax: (619) 237-3496

**Attorneys for Defendants Ryan Baldwin & Jayce Baldwin**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES A. NGUYEN; BINH HUU NGUYEN; DIANE HOA NGUYEN; RYAN BALDWIN; JAYCE BALDWIN; and DOES 1 through 200,<br><br>　　　　　　　　Defendants. | Case No. 08cv0056 IEG (AJB)<br><br>**NOTICE OF MOTION AND DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY**<br><br>**FRCP 12(b)(1, 3, and 6)**<br><br>Judge:　　　Hon. Irma E. Gonzalez<br>Courtroom:　1<br>Date:　　　　June 16, 2008<br>Time:　　　　10:30 a.m. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that on June 16, 2008 at 10:30 a.m., or as soon after as can be heard, in Courtroom 1 of the Federal District Court in and for the Southern District of California, located at 940 Front Street, San Diego, California 92101-8900, Defendants Ryan Baldwin and Jayce Baldwin will move this Court to dismiss, or in the alternative stay, the above captioned case.

Defendants Ryan Baldwin and Jayce Baldwin make this motion on the grounds that the above captioned action is duplicative of a currently pending, and previously filed, state court action.  The Baldwin defendants have sued, among others, defendants James A.

Nguyen, Binh Huu Nguyen, and Diane Hoa Nguyen in the Superior Court of California, in and for the County of San Diego (case no. 37-2007-00081572-CU-PO-CTL, filed November 13, 2007), for injuries and damages suffered when Ryan Baldwin was shot. The Baldwins allege that James Nguyen shot Ryan Baldwin. The Baldwins further allege that Binh Huu Nguyen and Diane Hoa Nguyen are the parents of James Nguyen and were negligent in their failure to recognize their son's violent propensities and to supervise and control him. The Nguyens have appeared and are actively participating in the state court litigation.

The Baldwins would suffer undue prejudice, in the form of costly, duplicative litigation, if plaintiff Empire Fire & Marine Insurance Company's pending Declaratory Relief action is permitted to proceed. The Nguyen's counsel in the state court action has propounded voluminous written discovery on the Baldwins and has noticed their depositions. It is clear that the Nguyens are aggressively defending themselves in the pending state court action. It has become equally clear that discovery in this federal court action will in many respects duplicate the state court discovery. For these reasons, defendants Ryan Baldwin and Jayce Baldwin respectfully request that this Court dismiss or stay this federal court pending the resolution of the state court case.

The Baldwins base their motion on this Notice, as well as the Memorandum of Points & Authorities, Declaration of James S. Iagmin, and Notice of Lodgment, filed and served in support this motion, as well as on the entire court file.

Dated: April 22, 2008

**THE GOMEZ LAW FIRM**

By: /s/ James S. Iagmin
James S. Iagmin, Esq.
Attorneys for Defendants
Ryan Baldwin and Jayce Baldwin
james@thegomezfirm.com