1  John H. Gomez (171485)
   James S. Iagmin (191300)
2  The Gomez Law Firm
   625 Broadway, Suite 600
3  San Diego, California  92101
   Telephone:  (619) 237-3490/Fax: (619) 237-3496
4
   **Attorneys for Defendants Ryan Baldwin & Jayce Baldwin**
5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                      **SOUTHERN DISTRICT OF CALIFORNIA**

10  EMPIRE FIRE & MARINE INSURANCE          )   Case No. 08cv0056 IEG (AJB)
    COMPANY,                                )
11                                          )
                              Plaintiff,    )   **DECLARATION OF JAMES S. IAGMIN**
12                                          )   **IN SUPPORT OF DEFENDANTS RYAN**
    vs.                                     )   **BALDWIN AND JAYCE BALDWIN'S**
13                                          )   **MOTION TO DISMISS OR STAY**
    JAMES A. NGUYEN; BINH HUU               )
14  NGUYEN; DIANE HOA NGUYEN; RYAN          )   **FRCP 12(b)(1, 3, and 6)**
    BALDWIN; JAYCE BALDWIN; and DOES        )
15  1 through 200,                          )   Judge:       Hon. Irma E. Gonzalez
                                            )   Courtroom:   1
16                            Defendants.   )   Date:        June 16, 2008
                                            )   Time:        10:30 a.m.
17                                          )
                                            )
18                                          )

19        I, James S. Iagmin, declare:

20        1.      I am an attorney licensed to practice law before the United States District Court

21  in and for the Southern District of California.  I have personal knowledge of the facts set forth

22  in this declaration and if called to do so could competently testify to them.

23        2.      Attached as Exhibit 1 to the corresponding Notice of Lodgment is a true and

24  correct copy of James Nguyen's guilty plea.

25        3.      Attached as Exhibit 2 to the corresponding Notice of Lodgment are true and

26  correct copies of written discovery, including form interrogatories, special interrogatories,

27  requests for admission and requests for production of documents, served by the Nguyen's

28  counsel in the state court action.

The Gomez Law Firm
Attorneys at Law

1    4.    Attached as Exhibit 3 to the corresponding Notice of Lodgment are true and

2    correct copies of notices for the depositions of Ryan Baldwin and Jayce Baldwin, served by

3    the Nguyen's counsel in the state court action.

4    I declare under penalty of perjury that the above facts are true and correct. I executed

5    this declaration on April 22, 2008 in San Diego, California.

6

7    /s/ James S. Iagmin
     James S. Iagmin
     james@thegomezfirm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**The Gomez Law Firm**
Attorneys at Law

Declaration of James S. Iagmin in Support of the                              08cv0056 IEG (AJB)
Baldwin Defendants' Motion for Dismissal or Stay                              page 2