**PROOF OF SERVICE**

I, James S. Iagmin, declare that:

I am employed in the County of San Diego, State of California, by the Gomez Law Firm. My business address is: 625 Broadway, Suite 600, San Diego, California. I am over the age of eighteen years and not a party to this action.

I further declare that I am readily familiar with the Gomez Law Firm's practice for collection of mail, delivery of its hand-deliveries and their process of faxes.

On April 22, 2008, I caused the following document(s) to be served:

1. NOTICE OF MOTION AND DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY
2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY
3. DECLARATION OF JAMES S. IAGMIN IN SUPPORT OF DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY
4. NOTICE OF LODGMENT IN SUPPORT OF DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY

by filing the document electronically with the U.S. District Court and therefore the court's computer system has electronically delivered a copy of the foregoing document(s) to the following person(s) at the following e-mail addresses:

| | |
|---|---|
| Fax No. (858) 755-8504<br>Email akohn@petitkohn.com<br>And tsaucedo@petitkohn.com<br>Andrew Kohn, Esq.<br>Petit Kohn Ingrassia & Lutz PC<br>12250 El Camino Real, Suite 350<br>San Diego, CA 92130-3071 | Fax No. (619) 239-8858<br>Email greg@gjryan.com<br>And jflores@gjryan.com<br>Greg J. Ryan, Esq.<br>The Law Offices of Greg J. Ryan, APLC<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 23, 2008.

/s/ James S. Iagmin
James S. Iagmin
james@thegomezfirm.com

**The Gomez Law Firm**
Attorneys at Law

Proof of Service

08cv0056 IEG (AJB)
Page 1