1  Andrew N. Kohn, Esq., SBN 166385
   Tyler A. Theobald, Esq., SBN 254215
2  **PETTIT KOHN INGRASSIA &**
   **LUTZ PC**
3  11622 El Camino Real, Suite 300
   San Diego, CA 92130-3071
4  (858) 755-8500/ FAX (858) 755-8504
   akohn@pettitkohn.com;
5  ttheobald@pettitkohn.com

6  Attorneys for Plaintiff **EMPIRE FIRE**
   **& MARINE INSURANCE**
7  **COMPANY**

8

9             UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

| 12 | EMPIRE FIRE & INSURANCE COMPANY, | CASE NO.: 08 CV0056 IEG (AJB) |
|---|---|---|
| 13 | | **NOTICE OF CHANGE OF ADDRESS** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive, | |
| 17 | | |
| 18 | | Dept.: |
| 19 | | District Judge: Irma E. Gonzalez |
| | | Magistrate Judge: |
| | | Complaint Filed: 1/10/08 |
| 20 | Defendants. | Trial Date: Not Set |

21  TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF

22  RECORD:

23       PLEASE TAKE NOTICE THAT effective May 27, 2008, the new mailing and

24  business address for attorney Andrew N. Kohn, Esq., counsel of record for EMPIRE

25  FIRE & MARINE INSURANCE COMPANY, will be as follows:

26  PETTIT KOHN INGRASSIA & LUTZ PC
    11622 El Camino Real, Suite 300
27  San Diego, California  92130
    (858) 755-8500 office
28  (858) 755-8504 facsimile

2600-1102

1

08 CV0056 IEG (AJB)

1  Please continue to direct all pleadings, correspondence and/or any communication to
2  Mr. Kohn, and update your mailing and proof of service lists accordingly.

3                                        **PETTIT KOHN INGRASSIA & LUTZ PC**

5  Dated: May 19, 2008         By: _____
6                                            Andrew N. Kohn, Esq.
                                          Tyler A. Theobald, Esq.
7                                            Attorneys for Plaintiff **EMPIRE FIRE & MARINE INSURANCE COMPANY**

2600-1102

2

08 CV0056 IEG (AJB)

1  Andrew N. Kohn, Esq., SBN 166385
   Tyler A. Theobald, Esq., SBN 254215
2  **PETTIT KOHN INGRASSIA &**
   **LUTZ PC**
3  11622 El Camino Real, Suite 300
   San Diego, CA 92130-3071
4  (858) 755-8500/ FAX (858) 755-8504
   akohn@pettitkohn.com
5  ttheobald@pettitkohn.com

6  Attorneys for Plaintiff **EMPIRE FIRE**
   **& MARINE INSURANCE**
7  **COMPANY**

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

| 12 | EMPIRE FIRE & INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>Defendants. | CASE NO.: 08 CV0056 IEG (AJB)<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Dept.:<br>District Judge:     Irma E. Gonzalez<br>Magistrate Judge:<br>Complaint Filed:  1/10/08<br>Trial Date:         Not Set |
|----|---|---|

21     I hereby certify that a copy of the following documents:

22              **NOTICE OF CHANGE OF ADDRESS**

23  were on this date served upon counsel of record via:

24     [ ]   Placing a copy of the same in the United States Mail, postage prepaid,
25           and sent to their last know address listed below;

26     [X]   By electronic service at the last known e-mail address listed below:

27  ///

28  ///

                                 1

| | |
|---|---|
| Greg J. Ryan, Esq.<br>LAW OFFICES OF GREG J. RYAN, APLC<br>1010 Second Avenue, Suite 2500<br>San Diego, California 92101<br>Tel: (619) 239-4848<br>Fax: (619) 239-8858<br>E-Mail: greg@gryan.com | Attorneys for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN and JAMES NGUYEN |
| <u>Courtesy Copy – Not yet appeared</u><br><br>Jim Iagmin, Esq.<br>THE GOMEZ LAW FIRM<br>625 Broadway, Suite 600<br>San Diego, California 92101<br>Tel: (619) 237-3490<br>E-Mail: jim@thegomezfirm.com | Attorneys for Defendants RYAN BALDWIN, and JAYCE BALDWIN |
| Honorable Anthony J. Battaglia<br>United States District Court<br>Southern District of California<br>E-mail: efile_battaglia@casd.uscourt.gov | |

Executed on May 23, 2008, 2008, at San Diego, California.

*Shira Mendelsohn* (signature)
SHIRA MENDELSOHN

2

08 CV0056 IEG (AJB)