Andrew N. Kohn, Esq., SBN 166385
**PETTIT KOHN INGRASSIA & LUTZ PC**
12250 El Camino Real, Suite 350
San Diego, CA 92130-3071
(858) 755-8500/ FAX (858) 755-8504
akohn@pettitkohn.com

Attorneys for Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN an individual; and DOES 1 through 200, Inclusive,<br><br>Defendants. | CASE NO.: 08CV0056 IEG (AJB)<br><br>MOTION ON STIPULATED FACTS TO CONTINUE DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY<br><br>District Judge:   Irma E. Gonzalez<br>Courtroom:   1 (4th Floor)<br>Magistrate Judge: Anthony J. Battaglia<br>Courtroom:   A (1st Floor)<br>Complaint Filed: 1/10/08<br>Trial Date:   Not Set |

COMES NOW Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, ("Plaintiff") by and through its attorneys of record, Andrew N. Kohn of Pettit Kohn Ingrassia & Lutz PC, and Defendants RYAN BALDWIN, and JAYCE BALDWIN ("Defendants") by and through their attorneys of record, Jim Iagmin of The Gomez Law Firm, stipulate and agree to the following:

1.  RYAN BALDWIN and JAYCE BALDWIN have a filed with this court a Motion to Dismiss or Stay the above-entitled action which is scheduled to be heard before the Honorable Irma E. Gonzalez on June 16, 2008.

2. The underlying action styled, *Balwin v. Bul, et al.*, San Diego Superior Court case no. 37-200700081572 CU-PO-CTL is set for mediation on June 5, 2008, before Ron Fraser of Judicate West.

3. In light of the upcoming mediation, the parties, by and through their respective counsel of record, stipulate and agree, and respectfully request that this honourable court continue the Motion to Dismiss or Stay by a period of 30 days. The parties further stipulate that the opposition and reply due dates will be calculated pursuant to the new hearing date.

**IT IS SO STIPULATED:**

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: May 30, 2008          By:    /s_____
                                           Andrew N. Kohn, Esq.
                                           E-mail: akohn@pettitkohn.com
                                           Attorneys for Plaintiff EMPIRE FIRE &
                                           MARINE INSURANCE COMPANY


**THE GOMEZ LAW FIRM**

Dated:  May 30, 2008         By:    /s_____
                                           Jim Iagmin, Esq.
                                           E-mail: jim@thegomezlawfirm.com
                                           Attorneys for Defendants
                                           RYAN BALDWIN and JAYCE BALDWIN

**ORDER**

Upon considering the application of Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY, and the foregoing stipulation of the parties, and good cause appearing, therefore,

///

///

///

2600-1102

2

Case No.: 08CV0056 IEG (AJB)

Andrew N. Kohn, Esq., SBN 166385
Tyler A. Theobald, Esq., SBN 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130-3071
(858) 755-8500/ FAX (858) 755-8504
akohn@pettitkohn.com
ttheobald@pettitkohn.com

Attorneys for Plaintiff **EMPIRE FIRE & MARINE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>    Defendants. | CASE NO.: 08 CV0056 IEG (AJB)<br><br>**CERTIFICATE OF SERVICE**<br><br>Dept.:<br>District Judge:    Irma E. Gonzalez<br>Magistrate Judge:<br>Complaint Filed:   1/10/08<br>Trial Date:        Not Set |

I hereby certify that a copy of the following documents:

MOTION ON STIPULATED FACTS TO CONTINUE DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY

were on this date served upon counsel of record via:

    [ ]    Placing a copy of the same in the United States Mail, postage prepaid, and sent to their last know address listed below;

    [X]    By electronic service at the last known e-mail address listed below:

///

2600-1102

1

08 CV0056 IEG (AJB)

| | |
|---|---|
| Greg J. Ryan, Esq.<br>LAW OFFICES OF GREG J. RYAN, APLC<br>1010 Second Avenue, Suite 2500<br>San Diego, California 92101<br>Tel:  (619) 239-4848<br>Fax:  (619) 239-8858<br>E-Mail: greg@gryan.com | Attorneys for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN and JAMES NGUYEN |
| Jim Iagmin, Esq.<br>THE GOMEZ LAW FIRM<br>625 Broadway, Suite 600<br>San Diego, California 92101<br>Tel:  (619) 237-3490<br>E-Mail: jim@thegomezfirm.com | Attorneys for Defendants RYAN BALDWIN, and JAYCE BALDWIN |
| Honorable Irma E. Gonzalez<br>United States District Court<br>Southern District of California<br>E-mail: efile_gonzalez@casd.uscourt.gov | |

Executed on May 30, 2008, 2008, at San Diego, California.

_____
TERESA B. SAUCEDO
SHIRA MENDELSOHN

2

08 CV0056 IEG (AJB)