Andrew N. Kohn, Esq., SBN 166385
Tyler A. Theobald, Esq., SBN 254215
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130-3071
(858) 755-8500/ FAX (858) 755-8504
akohn@pettitkohn.com
ttheobald@pettitkohn.com

Attorneys for Plaintiff **EMPIRE FIRE & MARINE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>    Defendants. | CASE NO.: 08 CV0056 IEG (AJB)<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br><br>Dept.:<br>District Judge:   Irma E. Gonzalez<br>Magistrate Judge:<br>Complaint Filed:   1/10/08<br>Trial Date:   Not Set |

I hereby certify that a copy of the following documents:

MOTION ON STIPULATED FACTS TO CONTINUE DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY

were on this date served upon counsel of record via:

    [ ]    Placing a copy of the same in the United States Mail, postage prepaid, and sent to their last know address listed below;

    [X]    By electronic service at the last known e-mail address listed below:

1

2600-1102

| | |
|---|---|
| 1  Greg J. Ryan, Esq.<br>   LAW OFFICES OF GREG J. RYAN, APLC<br>2  1010 Second Avenue, Suite 2500<br>   San Diego, California 92101<br>3  Tel:  (619) 239-4848<br>4  Fax:  (619) 239-8858<br>   E-Mail: greg@gryan.com<br>5 | Attorneys for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN and JAMES NGUYEN |
| 6<br>   Jim Iagmin, Esq.<br>7  THE GOMEZ LAW FIRM<br>   625 Broadway, Suite 600<br>8  San Diego, California 92101<br>   Tel:  (619) 237-3490<br>9  E-Mail: jim@thegomezfirm.com | Attorneys for Defendants RYAN BALDWIN, and JAYCE BALDWIN |
| 10<br>   Honorable Irma E. Gonzalez<br>11 United States District Court<br>   Southern District of California<br>12 E-mail:<br>   efile_gonzalez@casd.uscourts.gov<br>13 | |

14

15   Executed on May 30, 2008, 2008, at San Diego, California.

16

17   _____
     TERESA B. SAUCEDO
18   SHIRA MENDELSOHN

19

20

21

22

23

24

25

26

27

28

2600-1102

2

08 CV0056 IEG (AJB)