| | |
|---|---|
| 1 | Andrew N. Kohn, Esq., SBN 166385 |
| | **PETTIT KOHN INGRASSIA &** |
| 2 | **LUTZ PC** |
| | 12250 El Camino Real, Suite 350 |
| 3 | San Diego, CA 92130-3071 |
| | (858) 755-8500/ FAX (858) 755-8504 |
| 4 | akohn@pettitkohn.com |
| 5 | Attorneys for Plaintiff EMPIRE FIRE |
| | & MARINE INSURANCE |
| 6 | COMPANY |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN an individual; and DOES 1 through 200, Inclusive,<br><br>Defendants. | CASE NO.: 08CV0056 IEG (AJB)<br><br>MOTION ON STIPULATED FACTS TO CONTINUE DEFENDANTS RYAN BALDWIN AND JACYCE BALDWIN'S MOTION TO DISMISS OR STAY<br><br>District Judge: Irma E. Gonzalez<br>Courtroom: 1 (4th Floor)<br>Magistrate Judge: Anthony J. Battaglia<br>Courtroom: A (1st Floor)<br>Complaint Filed: 1/10/08<br>Trial Date: Not Set |

COMES NOW Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, ("Plaintiff") by and through its attorneys of record, Andrew N. Kohn of Pettit Kohn Ingrassia & Lutz PC, and Defendants RYAN BALDWIN, and JAYCE BALDWIN ("Defendants") by and through their attorneys of record, Jim Iagmin of The Gomez Law Firm, stipulate and agree to the following:

1. RYAN BALDWIN and JAYCE BALDWIN have a filed with this court a Motion to Dismiss or Stay the above-entitled action which is scheduled to be heard before the Honorable Irma E. Gonzalez on June 16, 2008.

2600-1102

1

Case No.: 08CV0056 IEG (AJB)

2. The underlying action styled, *Balwin v. Bul, et al.*, San Diego Superior Court case no. 37-200700081572 CU-PO-CTL is set for mediation on June 5, 2008, before Ron Fraser of Judicate West.

3. In light of the upcoming mediation, the parties, by and through their respective counsel of record, stipulate and agree, and respectfully request that this honourable court continue the Motion to Dismiss or Stay by a period of 30 days. The parties further stipulate that the opposition and reply due dates will be calculated pursuant to the new hearing date.

**IT IS SO STIPULATED:**

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: May 30, 2008    By: _____
Andrew N. Kohn, Esq.
E-mail: akohn@pettitkohn.com
Attorneys for Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY

**THE GOMEZ LAW FIRM**

Dated: May 30, 2008    By: _____
Jim Iagmin, Esq.
E-mail: jim@thegomezlawfirm.com
Attorneys for Defendants
RYAN BALDWIN and JAYCE BALDWIN

**ORDER**

Upon considering the application of Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY, and the foregoing stipulation of the parties, and good cause appearing, therefore,

///

///

///

2

Case No.: 08CV0056 IEG (AJB)

2600-1102

1   IT IS HEREBY ORDERED THAT (1) Defendants' Motion to Dismiss or
2   Stay be continued by a period of _____ days and (2) the opposition and reply due
3   dates are calculated pursuant to the new hearing date.

———————————————————
Honorable Irma E. Gonzalez
U.S. District Judge

2600-1102

3

Case No.: 08CV0056 IEG (AJB)