1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY, | CASE NO. 08cv0056 IEG (AJB) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANTS RYAN BALDWIN AND JAYCE BALDWIN'S MOTION TO DISMISS OR STAY** |
| vs. | |
| JAMES A. NGUYEN, BINH HUU NGUYEN, DIANE HOA NGUYEN, RYAN BALDWIN, and JAYCE BALDWIN, | (Doc. Nos. 17, 14.) |
| Defendant. | |

12

13

14

15

16

17

18

19

       Presently before the Court is a joint motion by the parties to continue the hearing date on Ryan

20

Baldwin and Jayce Baldwin's motion to dismiss or stay.  (Doc. No. 17.)  For good cause appearing,

21

the hearing on the motion to dismiss (Doc. No. 14) is hereby continued to **August 4, 2008** at **10:30**

22

**a.m.**

23

**IT IS SO ORDERED.**

24

25

**DATED:  June 2, 2008**

26

27

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

28