Andrew N. Kohn, Esq., SBN 166385
Michael R. Morales, Esq., SBN 216589
**PETTIT KOHN INGRASSIA &
LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130-3071
(858) 755-8500/ FAX (858) 755-8504
akohn@pettitkohn.com;
mmorales@pettitkohn.com

Attorneys for Plaintiff EMPIRE FIRE
& MARINE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN an individual; and DOES 1 through 200, Inclusive,<br><br>Defendants. | CASE NO.: 08CV0056 IEG (AJB)<br><br>PLAINTIFF'S STATEMENT OF OPPOSITION AND NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR STAY<br><br>District Judge: Irma E. Gonzalez<br>Courtroom: 1 (4th Floor)<br>Magistrate Judge: Anthony J. Battaglia<br>Courtroom: A (1st Floor)<br>Complaint Filed: 1/10/08<br>Trial Date: Not Set |

COMES NOW Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation, ("Plaintiff") by and through its attorneys of record, Andrew N. Kohn of Pettit Kohn Ingrassia & Lutz PC, in response to Defendants RYAN BALDWIN, and JAYCE BALDWIN ("Defendants") Motion to Dismiss or Stay (FRCP 7(b)(1); FRCP 12(b)(1,3 &6); LRSD 7.1(j)).

///

///

///

///

2600-1102

1

1      Plaintiff herein opposes Defendants' motion to dismiss, but does not oppose Defendants' motion to stay the current matter.

    Respectfully submitted,

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: July 24, 2008     By:   s/Andrew N. Kohn, Esq.
Andrew N. Kohn, Esq.
Michael R. Morales, Esq.
AKohn@PettitKohn.com
MMorales@PettitKohn.com
Attorneys for **Plaintiff EMPIRE FIRE & MARINE INSURANCE COMPANY**

2600-1102