Andrew N. Kohn, Esq., SBN 166385
Tyler A. Theobald, Esq., SBN 254215
**PETTIT KOHN INGRASSIA &
LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130-3071
(858) 755-8500/ FAX (858) 755-8504
akohn@pettitkohn.com
ttheobald@pettitkohn.com

Attorneys for Plaintiff **EMPIRE FIRE
& MARINE INSURANCE
COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE & IMARINE NSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. NGUYEN, an individual; BINH HUU NGUYEN, an individual; DIANE HOA NGUYEN, an individual; RYAN BALDWIN, an individual; JAYCE BALDWIN, an individual; and DOES 1 through 200, Inclusive,<br><br>Defendants. | CASE NO.: 08 CV0056 IEG (AJB)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br>Dept.:<br>District Judge:      Irma E. Gonzalez<br>Magistrate Judge:<br>Complaint Filed:   1/10/08<br>Trial Date:          Not Set |

I hereby certify that a copy of the following documents:

PLAINTIFF'S STATEMENT OF OPPOSITON AND NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR STAY

were on this date served upon counsel of record via:

[ ]    Placing a copy of the same in the United States Mail, postage prepaid,

and sent to their last know address listed below;

[X]    By electronic service at the last known e-mail address listed below:

1

2600-1102

08 CV0056 IEG (AJB)

| | |
|---|---|
| Greg J. Ryan, Esq.<br>LAW OFFICES OF GREG J. RYAN, APLC<br>1010 Second Avenue, Suite 2500<br>San Diego, California 92101<br>Tel:   (619) 239-4848<br>Fax:   (619) 239-8858<br>E-Mail:  greg@gryan.com | Attorneys for Defendants BINH HUU NGUYEN, DIANE HOA NGUYEN and JAMES NGUYEN |
| Jim Iagmin, Esq.<br>THE GOMEZ LAW FIRM<br>625 Broadway, Suite 600<br>San Diego, California 92101<br>Tel:   (619) 237-3490<br>E-Mail:  jim@thegomezfirm.com | Attorneys for Defendants RYAN BALDWIN, and JAYCE BALDWIN |
| Honorable Anthony J. Battaglia<br>United States District Court<br>Southern District of California<br>E-mail:  efile_battaglia@casd.uscourts.gov | Honorable Irma E. Gonzalez<br>United States District Court<br>Southern District of California<br>E-mail:<br>efile_gonzalez@casd.uscourts.gov |

Executed on July 24, 2008, at San Diego, California.

TERESA B. SAUCEDO
SHIRA MENDELSOHN

2

08 CV0056 IEG (AJB)